IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 1 7 2016

2016 MAR 21 P 3:42

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
C.L.

IN RE PENDING PETTY OFFENSE CASES

**GOVERNMMENT'S MOTION TO QUASH WARRANTS AND DISMISS CASES**

COMES NOW the United States of America, by and through its counsel, Rod J. Rosenstein, the United States Attorney for the District of Maryland, and Christopher D. Goren, Special Assistant United States Attorney for said district, respectfully submits this Motion to Quash Warrants and Dismiss cases, in support thereof states:

1. Attached as Exhibit A to this motion is a list of 121 pending cases on this court's petty offense docket. These cases were filed and warrants issued between 2007-2009. This court has issued warrants for the arrest of each of the listed defendants. None of these warrants have been executed.

2. Given the ages of these cases, and the likely unavailability of necessary evidence and witnesses, the government respectfully moves to dismiss each of the cases listed in Exhibit A, with prejudice.

3. The government further moves to quash each of the open warrants associated with these cases.

WHEREFORE, the government respectfully moves this Court to dismiss each of the cases listed in Exhibit A with prejudice, and quash the associated arrest warrants.

Respectfully Submitted,

Rod Rosenstein
United States Attorney

By: _____
CHRISTOPHER D. GOREN
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
4217 Morrison Street
Fort George G. Meade, MD 20755
301-677-9781

*Motion granted.*
[signature] USMJ
2-17-16